UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shawn Clarke Spottswood,

        Plaintiff,

Case No. 19-cv-1331 MJD/ECW

v.

**ORDER**

Washington County, <u>et al.</u>,

        Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated June 10, 2020, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. The Court **ADOPTS** the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated June 10, 2020 (Dkt.27).

2. The claims in Plaintiff Shawn Clarke Spottswood's Second Amended Complaint (Dkt. 26) aimed at Defendants Judge Tad Jude and Judge Gary Schurrer are **DISMISSED** with prejudice, and Judge Jude and Judge Schurrer are **DISMISSED** from this action.

3. With respect to Defendant Tom Wedes, (1) Spottswood's § 1983 claim based on Wedes issuing warrants for Spottswood's phones is **DISMISSED** without prejudice; (2) Spottswood's remaining claims are **DISMISSED** with prejudice; and (3) Wedes is **DISMISSED** from this action.

4. The Second Amended Complaint's claims against unknown "Washington County Jail employees" are **DISMISSED** without prejudice, and those defendants are **DISMISSED** from this action.

5. The Second Amended Complaint's claims based on Defendant Washington County's vicarious liability for the allegedly unconstitutional conduct of Defendant Sarah Peulen are **DISMISSED** without prejudice.

DATED: July 28, 2020

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court