UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shawn Clarke Spottswood,

       Plaintiff,

v.

Washington County MN, et al.,

       Defendants.

Case No. 19-cv-1331 MJD/ECW

**ORDER**

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 20, 2022, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

    1.    The Court **ADOPTS** the Report and Recommendation of Magistrate Judge Elizabeth Cowan Wright [Docket No. 90].

    2.    Defendants Washington County and Deputy Sarah Peulen's Motion for Summary Judgment [Docket No. 71] is **GRANTED**.

    3.    Plaintiff's Fourth Amendment claim against Defendant Sarah Peulen related to Plaintiff's right to be free from unreasonable searches and seizures related to his September 2015 arrest and search of his vehicle is **DISMISSED WITH PREJUDICE**.

4. Plaintiff's Minnesota state-law claims for malicious prosecution, abuse of process, and false imprisonment against Defendant Sarah Peulen and the vicarious liability claim against Washington County based on Deputy Peulen's alleged state-law violations are **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  March 9, 2022                              *s/Michael J. Davis*
                                                                  MICHAEL J. DAVIS
                                                                  United States District Court